Certificate Number: 05781-OHS-DE-041568483

Bankruptcy Case Number: 26-12235

05781-OHS-DE-041568483

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2026, at 1:25 o'clock PM PDT, Elizabeth Swafford completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date: October 16, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President